UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MELISSA SALADÍN,<br><br>                Plaintiff,<br>v.<br><br>CHICAGO 3 CONSULTANTS, INC, an Illinois corporation, and ATMIK PANDYA, an individual,<br><br>                Defendants. | Case No. 15-cv-2631<br><br>Judge John Z. Lee |

## JUDGMENT ORDER

This matter having come to be heard upon Plaintiff's Motion for Entry of Default Judgment, the Court having jurisdiction of the parties and the subject matter, having been fully advised in the premises, and having been fully advised that due notice has been provided to Defendants Chicago 3 Consultants, Inc. and Atmik Pandya, but that they have failed to appear, answer, or otherwise defend this case in any way, it is hereby **ORDERED, ADJUDGED, and DECREED:**

    1. That Defendants Chicago 3 Consultants, Inc. and Atmik Pandya are adjudged to be in default.

    2. That a **JUDGMENT** is ordered to be entered in favor of Plaintiff Melissa Saladín and against Defendants Chicago 3 Consultants, Inc. and Atmik Pandya, jointly and severally, in the total amount of $29,802.01. This amount consists of: (a) $8,027.25 in unpaid minimum wages under the IMWL; (b) $7,054.25 in liquidated damages under the FLSA; (c) $4,060.00 in punitive damages for retaliation pursuant to 29 U.S.C.A. § 215(a)(3); and (d) $10,660.51 in attorneys' fees and costs, as allowed under FLSA § 216(b).

3. That Plaintiffs are awarded execution for the collection of the judgment and costs granted.

ENTERED: 6/9/15

_____
Honorable Judge John Z. Lee
UNITED STATES DISTRICT JUDGE

2