## *United States District Court for the Northern District of Illinois*

Case Number: 15CV2631 Assigned/Issued By: JN

Judge Name: LEE Designated Magistrate Judge: BROWN

**FEE INFORMATION**

***Amount Due:***

- ☐ $400.00
- ☐ $46.00
- ☐ $5.00
- ☐ IFP
- ☐ No Fee
- ☐ Other ____________
- ☐ $505.00

Number of Service Copies ___________ Date: ______________________

(For Use by Fiscal Department Only)

Amount Paid: ___________________ Receipt #: __________________

Date Payment Rec'd: _____________ Fiscal Clerk: ________________

**ISSUANCES**

- ☐ Summons
- ☐ Third Party Summons
- ☐ Non Wage Garnishment Summons
- ☐ Wage-Deduction Garnishment Summons
- ☑ Citation to Discover Assets
- ☐ Writ ______________________ (Type of Writ)
- ☐ Alias Summons
- ☐ Lis Pendens
- ☐ Abstract of Judgment ____________________________ ____________________________ (Victim, Against and $ Amount)

1 Original and 1 copies on 7-2-15 (Date) as to CHICAGO 3 CONSULTANTS INC

___________________________________________

___________________________________________