NO

Citation to Discover Assets to Third Party

# THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

Case No. 15 CV 2631 Hearing Date July 10, 2015

CRourk for BMO Harris Bank N.A., certifies under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

FILED

JUL 06 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Circle one or more of the following and indicate the amount held:

A) Savings Account (Amount Withheld) $
B) Checking and/or NOW Account (Amount Withheld) $
C) Certificate of Deposit (Amount Withheld) $
D) Money Market Account (Amount Withheld) $
E) Trust Account (Amount Withheld) $
F) Safe Deposit Box $
(G) No Accounts @ BMO Harris Bank N.A. for All Defendants listed
H) Adverse Claimant: Name Address
I) Wages, Salary or Commissions
J) Other Personal Property (Describe)
Attach a sheet for any additional information required by the Citation

Subtotal

Less right of offset for other loans
Less deductions for fees limited by 205 ILCS 5/48.1

Total

According to the business records kept by the Citation Respondent, we show the above information to be correct.

Agent for Citation Respondent

7-2-15
Date

Respondent/Agent

Agent Name Cheryl Rourk - Legal Services Specialist

Business Name

Address BMO Harris Bank
1200 E. Warrenville Rd
Naperville, IL 60563

Telephone Phone 331 281-5738

Fax Fax 331 281-6240

NOTE: A copy of this Answer should be mailed to the Court, Attorney for Plaintiff or Judgment Creditor and to the Defendant.

BMO Harris Bank

A part of BMO Financial Group

## PROOF OF SERVICE BY MAIL

**Under penalties as provided by law pursuant to 735 ILCS 5/1-109 I certify that the statements set forth herein are true and correct.**

The undersigned non-attorney certifies that this Proof of Service and enclosed documents were mailed to the appropriate parties identified on the enclosed on the 3rd day of July 2015.

BMO Harris Bank, N.A.

Cheryl Rourk
Garnishment Group
BMO Harris Bank N.A.
1200 E. Warrenville Rd. | Naperville, IL 60563
(p) 331.281.5760 | (f) 331.281.6240

EQUAL HOUSING LENDER