ND



# ANSWER OF THIRD PARTY RESPONDENT CITATION

BANK OF AMERICA

This first section must be filled out by the judgment creditor.

Court Date: 7/10/15

Respondent: Chicago 3 Consultants INC, Atmik Pandya

Case No. 15cv 2631

ent's Name

SS No. xxx-xx-

Judgment Balance: $ 29,802.01

This is a Citation: Freeze up to double the Judgment Balance.

## INTERROGATORIES

the date of service of the citation, did you have in your possession, custody or control any personal property or monies belonging to the ent debtor? ☐ Yes ☒ No

*IF THE ANSWER IS "YES" GO TO NEXT QUESTION. IF "NO" GO TO INSTRUCTIONS.*

his an IRA account? Or have all of the deposits made during the past 90 days been electronically deposited and identified as exempt Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension or Retirement or by a source drawing from any statutory exemptions? ☐ Yes ☒ No

*IF THE ANSWER IS "YES" GO TO NEXT QUESTION. IF "NO" GO TO INSTRUCTIONS.*

Are the account(s)' current balance equal to or less than the total of the exempt deposits? ☐ Yes ☐ No

*IF YOU ANSWERED "YES" TO ALL 3 QUESTIONS AND FUNDS IN THE ACCOUNT(S) ARE EXEMPT, DO NOT FREEZE THE FUNDS AND GO TO "INSTRUCTIONS" BELOW.*

FILED

JUL 20 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | ACCOUNT BALANCE | AMOUNT WITHHELD |
|---|---|---|
| Savings Account | $ Accts | $ |
| Check/MMA/Now Account | $ | $ |
| Certificate of Deposit | $ Closed | $ |
| Trust Account/Other | $ | $ |

(Describe)

Safety Deposit ☐ Yes ☐ No

Land Trust No. $

*Less* Right of Offset for Loans

TOTAL AMOUNT FROZEN: $

List all electronic deposits into account(s) and their source(s) except deposits:

| Account Number | Source | Monthly Amount |
|---|---|---|
| N/A | N/A | $ N/A |
| | | $ |
| | | $ |

List all joint account holders or adverse claimants:

| | | |
|---|---|---|
| Name | Name | Name |
| Address | Address | Address |
| Account Type ☐ Checking ☐ CD Savings | Account Type ☐ Checking ☐ CD Savings | Account Type ☐ Checking ☐ CD Savings |
| ☐ Account Number | ☐ Account Number | ☐ Account Number |

## INSTRUCTIONS

1.) Fill out and sign the certification below. (2.) This Answer must be filed at least three (3) days before the court date to assure timely processing. 3.) Fax or mail a copy of this Answer to (i) the Court, (ii) Plaintiff's attorney and (iii) Judgment Debtor. If filing in the First Municipal District, you may fax to (312) 603-6522 or mail to the Clerk of the Court, Richard J. Daley Center, 50 W. Washington street, Room 602, Chicago, IL 60602. (4.) You will receive a copy of a Court Order by fax or mail instructing you how to proceed and where to send any withheld funds.

## CERTIFICATION

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct and that I have mailed this Answer to Defendant(s).

Date: 7/7/15

Print Agent Name: Amy Holmes

Respondent Name: Bank of America Legal Order Processing

Signature of Agent: Amy Holmes

Address: 5701 Horatio St. Utica, NY 13502 NY7-501-01-16

Telephone: 213 580 0702

FAX: 617 310 2751