AMENDED

ND

IN THE IL - US DISTRICT COURT JUDICIAL CIRCUIT
**COUNTY, ILLINOIS**

AtMIK PandYA

Case No: 15CV2631
Hearing Date:

**THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS**

JPMorgan Chase Bank, N.A. ("JPMC"), certifies under penalty of perjury that with regard to the property of the judgment (Citation Respondent) debtor, the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Check one or more of the following and indicate the amount held:

**FILED**

JUL 17 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

If funds not held, provide reasons:
Memo: ACCOUNTS CLOSED

A) Savings Account ____________

B) Checking and/or Now Account ____________

C) Certificate of Deposit ____________

D) Money Market Account (Amount held) ____________

E) Trust Account (Amount held) ____________

F) Safety Deposit Box ____________

G) No Accounts

H) Adverse Claimant: Name **None** Address **None**

I) Wages, Salary or Commissions ____________

J) Other Personal Property (Describe) ____________

Attach a sheet for any additional information required by the Citation.

Sub-Total: $0.00

Less right of offset for other loans $0.00

Less deduction for fees limited by
205 ILCS 5/48.1 $0.00

Total: $0.00

NOTE: A copy of this Answer should be mailed to the Court, Attorney for Plaintiff or Judgment Creditor and the Defendant

AMENDED

These responses are based upon a search of data contained in JPMorgan Chase's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

M. Hudls. Jr.

Agent for Citation Respondent

Tuesday, Jul 14, 2015
Date

Respondent/ Agent
Business Name: JPMorgan Chase Bank N.A.
Address: P.O. Box 183164 Columbus, OH 43218-3164
Phone: 1-866-578-7022
Fax: 1-866-699-0618

Document Review Specialist

NOTE: A copy of this Answer should be mailed to the Court, Attorney for Plaintiff or Judgment Creditor and the Defendant