AMENDED

IN THE IL - US DISTRICT COURT JUDICIAL CIRCUIT
**COUNTY, ILLINOIS**

Chicago 3 Consultants

Case No: 15CV2631
Hearing Date:

**THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS**

JPMorgan Chase Bank, N.A. ("JPMC"), certifies under penalty of perjury that with regard to the property of the judgment (Citation Respondent) debtor, the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Check one or more of the following and indicate the amount held:

If funds not held, provide reasons:
Memo: ACCOUNTS CLOSED

FILED
JUL 1 7 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

A) Savings Account ______

B) Checking and/or Now Account ______

C) Certificate of Deposit ______

D) Money Market Account (Amount held) ______

E) Trust Account (Amount held) ______

F) Safety Deposit Box ______

G) No Accounts

| H) Adverse Claimant: | Name | Address |
|---|---|---|
| | **None** | **None** |

I) Wages, Salary or Commissions ______

J) Other Personal Property (Describe) ______

Attach a sheet for any additional information required by the Citation.

Sub-Total: $0.00

Less right of offset for other loans $0.00

Less deduction for fees limited by
205 ILCS 5/48.1 $0.00

Total: $0.00

NOTE: A copy of this Answer should be mailed to the Court, Attorney for Plaintiff or Judgment Creditor and the Defendant

AMENDED

These responses are based upon a search of data contained in JPMorgan Chase's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

M. Hudls. Jr.

Agent for Citation Respondent

Tuesday, Jul 14, 2015
Date

Respondent/ Agent
Business Name: JPMorgan Chase Bank N.A.
Address: P.O. Box 183164 Columbus, OH 43218-3164
Phone: 1-866-578-7022
Fax: 1-866-699-0618

Document Review Specialist

NOTE: A copy of this Answer should be mailed to the Court, Attorney for Plaintiff or Judgment Creditor and the Defendant